Case No    08-71776

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT Of __ILLINOIS__

__WESTERN__ Division

In re:   __Shane Thomas Treu__                                  Case No:   __08-71776__

__Melissa Sue Treu__                                            Chapter:   __13__

Property Address:   __517 MCKINLEY AVE BELVIDERE, IL 61008__

Last four digits of any number you use to identify the debtor's account:   __3050__

Court Claim No. (if known)   __7__

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

__WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF6__

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated __9/27/2012__ and filed as Docket No. __167__

### Pre-Petition Default Payments     Applicable option is checked.

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   __$0.00__

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments     Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[✓] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   __$6,809.78__

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No    08-71776

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor          ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X /s/ Andrew E. Houha                    X 10/15/2012
   Signature                                Date (MM/DD/YYYY)

First Name: Andrew          Middle Name: E.          Last Name: Houha

Title: Senior Attorney

Company: Johnson, Blumberg & Associates, LLC.

Address: 230 W. Monroe Street, Suite 1125

City: Chicago              State: Illinois           Zip: 60193

Phone: 312-541-9710

Case No    08-71776

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

Page 3

Case No    08-71776

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| Nov 2010 - Sept 2012 @ $666.78 ea. | 10/12/2012 | $7,334.58 |
| Suspense | 10/12/2012 | ($524.80) |

Page 4

Case No    08-71776

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:    10/15/2012

Chapter    13 Trustee: Lydia Meyer

Trustee Address:   Lydia Meyer - 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127

Trustee Email:


Debtor's Counsel Name: Charles T. Sewell

Debtor's Counsel Address: Charles T. Sewell, P.C., 215 South State Street, Belvidere, IL 61008

Debtor's Counsel Email: charlests1@aol.com


Debtor 1 Name: Shane Thomas Treu

Debtor 2 Name  Melissa Sue Treu

Debtor's Mailing Address:  517 McKinley Ave., Belvidere, IL 61008

Debtor Email:


/s/ Andrew E. Houha