UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                         CHAPTER 13
SHANE T. TREU
MELISSA S. TREU                                                CASE NO. 08-71776

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Beneficial Illinois Inc.                **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 1127

---

*Final Cure Amount*

Amount of Prepetition Arrears        $5250.40 (Per Creditor Proof of Claim)

Amount Paid by Trustee               $5250.00 (Allowed Amount)

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   January 21, 2014            /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 21st Day of January, 2014.

Dated:   January 21, 2014            /s/Cynthia K. Burnard

BENEFICIAL ILLINOIS INC
PAYMENT PROCESSING
1301 E TOWER ROAD
SCHAUMBURG, IL 60173

BENEFICIAL FINANCE
PO BOX 17574
BALTIMORE, MD  21297

BENEFICIAL FINANCE CORPORATION
961 WEIGEL DRIVE
ATTN: BANKRUPTCY
ELMHURST, IL 60126

FREEDMAN, ANSELMO, LINDBERG & RAPPE
1807 W. DIEHL RD., SUITE 333
PO BOX 3228
NAPERVILE, IL  60566-7228

SHANE T. TREU
MELISSA S. TREU
517 MC KINLEY AVE.
BELVIDERE, IL  61008

ATTORNEY CHARLES SEWELL
215 S. STATE STREET
BELVIDERE, IL  61008